1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7368
7       Facsimile: (415) 436-7234
        E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No. CR 10-0839 RS
14                                  )
          Plaintiff,                )
15                                  )
             v.                     )   **STIPULATION AND [~~PROPOSED~~]**
16                                  )   **ORDER EXCLUDING TIME UNDER 18**
   RODRIGO AKE MEDINA,              )   **U.S.C. § 3161**
17      a/k/a Rodrigo Medina,       )
                                    )
18        Defendant.                )
                                    )
19

20         On November 30, 2010, the parties in this case appeared before the Court.  At that time,

21  the Court continued the matter to January 25, 2010.  The parties have agreed to exclude the

22  period of time between November 30, 2010, and January 25, 2010, from any time limits

23  applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would

24  allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. §

25  3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

26   exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

27  ///

28  ///

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0839 RS

1 | 18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this
2 | agreement.
3 | SO STIPULATED:

                                                      MELINDA HAAG
                                                      United States Attorney

DATED: December 1, 2010                  _____/s/_____
                                                      LOWELL C. POWELL
                                                      Special Assistant United States Attorney

DATED: December 1, 2010                  _____/s/_____
                                                      JODI LINKER
                                                      Attorney for RODRIGO AKE MEDINA

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0839 RS

1
2                           [PROPOSED] ORDER
3       For the reasons stated above and at the November 30, 2010 hearing, the Court finds that
4  the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
5  November 30, 2010 through January 25, 2010 is warranted and that the ends of justice served by
6  the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
7  U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence.  18 U.S.C. §3161(h)(7)(B)(iv).
10
11      IT IS SO ORDERED.
12
13  DATED: 12/1/10                          _____
14                                          THE HONORABLE RICHARD SEEBORG
                                            United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0839 RS