MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0839 RS |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [~~PROPOSED~~]** |
| RODRIGO AKE MEDINA, ) | **ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
|   a/k/a Rodrigo Medina, ) | |
|     Defendant. ) | |

    On January 25, 2011, the parties in this case appeared before the Court. At that time, the Court continued the matter to March 1, 2011. The parties have agreed to exclude the period of time between January 25, 2011, and March 1, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

///

///

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0839 RS

1  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this
2  agreement.
3  SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

7  DATED: January 27, 2011              _____/s/_____
                                        LOWELL C. POWELL
                                        Special Assistant United States Attorney

10  DATED: January 27, 2011            _____/s/_____
                                        JODI LINKER
                                        Attorney for RODRIGO AKE MEDINA

1
2                                    [PROPOSED] ORDER
3      For the reasons stated above and at the January 25, 2011 hearing, the Court finds that the
4 exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 25,
5 2011 through March 1, 2011 is warranted and that the ends of justice served by the continuance
6 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
7 §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the
8 reasonable time necessary for effective preparation, taking into account the exercise of due
9 diligence. 18 U.S.C. §3161(h)(7)(B)(iv).
10
11     IT IS SO ORDERED.
12
13 DATED: 1/28/11                              _____
14                                             THE HONORABLE RICHARD SEEBORG
                                               United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0839 RS