*E-Filed 3/10/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 10-0839 RS
                                    )
15        Plaintiff,                )
                                    )
16        v.                        )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER EXCLUDING TIME UNDER 18**
17 RODRIGO AKE MEDINA,              )   **U.S.C. § 3161**
      a/k/a Rodrigo Medina,         )
18                                  )
          Defendant.                )
19 _____  )

20        On March 1, 2011, the parties in this case appeared before the Court. At that time, the

21 Court continued the matter to April 5, 2011. The parties have agreed to exclude the period of

22 time between March 1, 2011, and April 5, 2011, from any time limits applicable under 18 U.S.C.

23 § 3161. The parties represented that granting the exclusion would allow the reasonable time

24 necessary for effective preparation of counsel and for continuity of counsel. *See* 18 U.S.C. §

25 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

26 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

27 ///

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0839 RS

1  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this
2  agreement.
3  SO STIPULATED:

4
5                                                 MELINDA HAAG
                                                  United States Attorney
6
7  DATED: March 10, 2011            _____/s/_____
                                                  LOWELL C. POWELL
8                                                 Special Assistant United States Attorney
9
10 DATED: March 10, 2011            _____/s/_____
                                                  JODI LINKER
11                                                Attorney for RODRIGO AKE MEDINA
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0839 RS

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |

2    For the reasons stated above and at the March 1, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 1, 2011 through April 5, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the defendant of continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/10/11

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0839 RS